UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:23-cr-62 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| MASA R. LOCKETT | ) | |

**INDICTMENT**

-FILED-
JUL 19 2023
At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about April 11, 2021, in the Northern District of Indiana,

**MASA R. LOCKETT**,

defendant herein, in connection with the acquisition of firearms from Ammo & Gun Supply, who is a licensed dealer of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to Ammo & Gun Supply, which statement was intended and likely to deceive the firearms dealer with respect to a fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual transferee/buyer of a firearm, whereas in truth and in fact, she well knew she was purchasing said firearm for another person;

In violation of Title 18, United States Code, Section 922(a)(6)

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about April 11, 2021, in the Northern District of Indiana,

**MASA R. LOCKETT**,

defendant herein, knowingly made a false statement and representation to Ammo & Gun Supply, who is a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo & Gun Supply, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual transferee/buyer of a firearm, whereas in truth and in fact, she well knew she was purchasing said firearm for another person;

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL:

/s/ FOREPERSON
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: /s/ Joel L. Mathur
Joel L. Mathur
Assistant United States Attorney